# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES,<br><br>Plaintiff,<br><br>vs.<br><br>LEAH'S FILIPINO TAKE OUT FOOD, CRISTOBAL LIGAYA, and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendant. | CASE NO. 06CV1931 IEG (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>(Doc. No. 7) |

Presently before the Court is the parties' joint motion to dismiss plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 41(a). (Doc. No. 7.) The motion requests a dismissal with prejudice. The Court hereby **DISMISSES WITH PREJUDICE** plaintiffs' complaint in its entirety.

**IT IS SO ORDERED**.

DATED: March 15, 2007

_____
**IRMA E. GONZALEZ, Chief Judge
United States District Court**